**July 9, 2015**

CAAP–
13–00
00011

Jordan v. Adkins

Affirmed